UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, *et al.*,

                              Plaintiffs,

        -against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

15 Civ. 1153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        By letter dated February 24, 2020, Plaintiffs requested that the Court reopen discovery, and refer the case to a magistrate judge for a settlement conference. ECF No. 87. It is ORDERED that by **March 2, 2020**, Defendant shall file a response to Plaintiffs' letter stating its position on those requests.

        SO ORDERED.

Dated: February 27, 2020
        New York, New York

                              _____
                              ANALISA TORRES
                              United States District Judge