UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

    Plaintiff(s),

-against-

LOCAL 210, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al.,

    Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

15-CV-1153 (AT) (BCM)

**ORDER SCHEDULING STATUS CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

In the event that the parties are not able to reach a settlement at the conference on May 14, 2020, Judge Moses will conduct a scheduling conference on **May 27, 2020, at 10:00 a.m.,** in Courtroom 20A. No later than **May 20, 2020**, the parties shall submit a joint status letter describing the progress of discovery to date and proposing a schedule for the completion of all remaining damages-related discovery. The letter should also include any anticipated discovery issues that may warrant attention from the Court.

Dated: New York, New York
       March 17, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**