

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

        Plaintiffs,

  -against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, et al.,

        Defendants.

15-CV-1153 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the ongoing national public health emergency, the conference provisionally scheduled for **May 27, 2020, at 10:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

**Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.** For other teleconferencing guidelines, counsel should review Judge Moses's Emergency Individual Rules and Practices, available at https://www.nysd.uscourts.gov/hon-barbara-moses.

Dated: New York, New York
       May 5, 2020

                                **SO ORDERED**.

                                **BARBARA MOSES**
                                **United States Magistrate Judge**