USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

Plaintiff(s),

-against-

LOCAL 210, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al.,

Defendant(s).

15-CV-1153 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

1. At plaintiffs' request (*see* Dkt. No. 106), the letter motion at Dkt. No. 105 is WITHDRAWN. The Clerk of Court is respectfully directed to close Dkt. No. 105.

2. Plaintiffs' counsel has now twice written to the Court to "correct the record created by your order." (Dkt. Nos. 103, 105.) Counsel is advised that the best way to ensure the correctness of the record is to submit accurate and complete information on a timely basis.

3. The telephonic conference scheduled for **May 27, 2020 at 10:00 a.m.** remains on the calendar. At the conference, the parties should be prepared to confirm that they have conducted at least one good-faith settlement discussion, in "real time," *since* plaintiffs received "the information we were looking for in chart form" (Dkt. No. 106); that they have each conveyed to the other at least one good-faith settlement demand or offer; and that they have otherwise complied with my orders scheduling (Dkt. No. 91) and rescheduling (Dkt. No. 101) the settlement conference, now on calendar for **June 3, 2020, at 2:15 pm**. In particular, counsel should be prepared to identify the party representatives who will attend the June 3 settlement conference and to confirm that they will have the necessary settlement authority. (Dkt. No. 91, ¶ 1.) Following the conference, the Court will require the parties to submit (or update) their confidential settlement statements and exchange up to date acknowledgement forms.

4.      Counsel for non-party Local 210's Pension Trust Fund is welcome to participate in the May 27 conference. All participants should call into the conference a few minutes before 10:00 a.m., using these credentials:

   a. Call in number: 888-557-8511
   b. Access Code: 7746387

**Please treat the teleconference as you would treat a public court appearance. If a conference** or **hearing in another matter is ongoing, please be silent (mute your line) until your case is called.** For other teleconferencing guidelines, counsel should review Judge Moses's Emergency Individual Rules and Practices, available at https://www.nysd.uscourts.gov/hon-barbara-moses.

Dated: New York, New York
       May 22, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**