

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

       Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

       Defendant.

15-CV-1153 (JGK) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the May 27, 2020 status conference, it is hereby ORDERED that the settlement conference currently scheduled for June 3, 2020 is ADJOURNED to **July 14, 2020, at 2:00 p.m.** No later than **July 10, 2020**, the parties shall submit a confidential joint settlement update letter by email to chambers confirming that the parties have, following the May 27 status conference, (a) met and conferred in real time; and (b) each exchanged at least one updated good-faith settlement demand or offer with the other, the substance of which shall be disclosed in the letter. The joint letter shall also identify the client representatives that will attend the settlement conference, including a minimum of two of the eighty-seven plaintiffs in this action.

    Unless the Court orders otherwise, the July 14, 2020 settlement conference will be held telephonically. The Court's teleconferencing facilities permit both joint and breakout sessions. To attend the conference, the parties are directed to call **(888) 557-8511** a few minutes before 2:00 p.m. and enter the access code **7746387**, as well as the security code that the Court will provide to maintain the confidentiality of the conference. The security code will be emailed to counsel once the Court has received the parties' joint settlement update letter.

Dated: New York, New York
       May 27, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**