UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

        Plaintiff(s),

-against-

LOCAL 210, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al.,

        Defendant(s).

15-CV-1153 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the judicially supervised settlement conference on July 14, 2020, it is hereby ORDERED that:

1. No later than **August 4, 2020**, counsel for defendant shall submit its updated settlement proposal, in writing, to counsel for plaintiffs.

2. No later than **August 11, 2020**, counsel for plaintiffs shall forward the proposal to all plaintiffs. Thereafter, counsel shall meet in real time, albeit virtually (*e.g.*, by video conference) to continue their good-faith settlement discussions.

3. No later than **September 1, 2020**, the parties shall submit a confidential joint settlement update letter to chambers at Moses_NYSDChambers@nysd.uscourts.gov. In the letter, the parties shall confirm that they complied with ¶¶ 1 and 2 above, describe their most recent settlement positions, and advise the Court whether they believe that additional judicial supervision of the settlement process would be productive.

Dated: New York, New York
      July 15, 2020

                            **SO ORDERED**.

                            **BARBARA MOSES**
                            **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2020