# advocates for justice
## chartered attorneys

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2020

September 4, 2020

By ECF

Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    Pruter *et al.* v. Local 210 Pension Trust Fund, *et al.*
               15 Civ. 1153 (AT)
               Request to Adjourn Conference

Dear Judge Torres:

    The Court has set a status conference for 10:00 am on September 18, 2020. The undersigned has a CAMP Conference previously scheduled in the Second Circuit, in a pending appeal, set for 10:30am. I think that scheduling the conferences that close together is risky.

    I have consulted with Defendant's counsel and they are available during the afternoon of September 18. I would assume that my CAMP Conference will conclude by noon. We request that the conference be rescheduled for September 18, 2020 for some time after noon.

                           Respectfully submitted,

                           /s/ *Arthur Z. Schwartz*

                           Arthur Z. Schwartz

cc:    All Counsel (by ECF)

DENIED. The status conference is scheduled for **September 17, 2020**, at **10:00 a.m.**, not September 18.

SO ORDERED.

Dated: September 8, 2020
         New York, New York

_____
ANALISA TORRES
United States District Judge