

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

      Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

      Defendant.

15-CV-1153 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of a letter from defendant seeking to adjourn the October 26, 2020 settlement conference, which was sent via email to chambers. The letter-motion is DENIED without prejudice to renewal in compliance with ¶ 7 of the Order Scheduling Settlement Conference (Dkt. No. 123) and Moses Indiv. Prac. § 2(a).

Dated: New York, New York
       October 16, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**