USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020

# advocates
# for justice
## chartered attorneys

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

December 11, 2020

<u>By ECF</u>
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   Pruter *et al.* v. Local 210 Pension Trust Fund, *et al.*
15 Civ. 1153 (AT)
<u>Pre-Trial Order Extension Request</u>

Dear Judge Torres:

We write to request a one week extension of time to file the Pre-Trial Order, Jury Charges, and Voire Dire. I believe each side has done their work, and what remains is integration. It seems apparent that with a closed courthouse, our mid-February trial date is unlikely to occur. Given this likelihood, one week should not cause any problems. And it will allow me to celebrate Hannukah with my family this weekend (just immediate family).

Defendant did not want to join in this letter without a recitation about what dates they have produced materials for Plaintiff's Counsel to review, and how they were ready with materials first. I really am not interested in their stating the details about how they have run a week ahead of us in prep; I will concede that they have been slightly more diligent that we have. They want us to say that this extension request wholly emanates from the Plaintiffs. I will so concede. But I wanted to get this request in rather than haggle about who prepared what when.

We request, therefore, that the pre-trial material submission date be extended until December 14, 2020.

Thank you for your consideration.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*
Arthur Z. Schwartz

GRANTED. By **December 21, 2020**, the parties shall submit their pre-trial materials.

SO ORDERED.

Dated: December 11, 2020
New York, New York

**ANALISA TORRES**
United States District Judge