UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

    Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021

15-CV-1153 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  This is an ERISA action, filed more than five years ago, in which I conducted a judicially supervised settlement conference on July 14, 2020. (*See* Dkt. No. 116.) At the parties' request, I issued a Scheduling Order (Dkt. No. 123) setting a second settlement conference for October 26, 2020, which was subsequently rescheduled to January 12, 2021. (Dkt. No. 134.)

  In advance of the first settlement conference, the parties failed to comply with a number of the Court's pre-conference requirements and were warned that future noncompliance could result in sanctions. (Dkt. No. 101.) Notwithstanding that warning, plaintiffs' counsel again failed to comply with this Court's orders, requiring yet another remedial order. (Dkt. No. 102.)

  In advance of the second conference, plaintiffs' counsel has failed, yet again, to comply with this Court's basic settlement-related directions. First, counsel failed to timely submit the materials required by ¶¶ 3-4 of the Scheduling Order, requiring chambers staff to call counsel after the deadline expired. Second, plaintiffs' acknowledgement form fails to identify which plaintiffs will be attending the conference. Third, counsel sent an email to chambers asking whether the conference will take place "by telephone or some sort of video conference." A follow-up email sent by one of the individual plaintiffs suggests that those plaintiffs who do plan to attend are unaware of the date, time, or dial-in information for the conference. All of this information is in the Scheduling Order.

No later than **January 12, 2021 at 12:00 noon**, plaintiffs' counsel shall submit an updated acknowledgment form identifying each plaintiff who will attend the January 12, 2021 settlement conference, via email to Moses_NYSDChambers@nysd.uscourts.gov, with a copy to defendants' counsel. It is counsel's responsibility to ensure that each such plaintiff is aware of the time, date, and dial-in information for the conference.

Dated: New York, New York
        January 11, 2021

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**