USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/15/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

                Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                Defendant.

15 Civ. 1153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The trial scheduled to commence on February 8, 2021, is ADJOURNED. Trial will commence on **April 4, 2022**, at **9:00 a.m.** In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

      By **March 7, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to their proposed pretrial order of December 21, 2020, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule.

      On **March 28, 2022**, at **11:00 a.m.**, counsel for all parties shall appear for a final pre-trial conference in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      In light of the long delay in advance of trial, this action is STAYED pending further order of the Court. This order shall not affect the settlement conference proceeding before the Honorable Barbara C. Moses, ECF No. 175.

      SO ORDERED.

Dated: January 15, 2021
       New York, New York

ANALISA TORRES
United States District Judge