```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, *et al.*,

                Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                Defendant.

15 Civ. 1153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' motion to reopen discovery, ECF No. 179, and its amendment, ECF No. 181, as well as Defendant's response, ECF No. 180. Plaintiffs' motion is DENIED.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 179 and 181.

    SO ORDERED.

Dated: February 2, 2021
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge