

**Kate M. Swearengen, Partner**
Tel:   212-356-0272
Fax:   646-473-8272
kswearengen@cwsny.com
www.cwsny.com



900 Third Avenue, Suite 2100 • New York, NY 10022-4869

February 12, 2021

Honorable Barbara Moses
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    Pruter v. Local 210, International Brotherhood
              of Teamsters, et al., Case No. 1:15-cv-1153 (AT) (BM)

Dear Judge Moses:

    With Andrew Hoffmann, we represent Defendant Local 210 in the above-referenced matter.

    Although trial has been postponed until at least April 2022 and defendant's three motions *in limine* are still pending, the parties met this week, virtually, to discuss the possibility of settlement. The parties are deadlocked and, in consideration of your time, wish to terminate the Court-supervised mediation process.

    The parties want to express their appreciation to Your Honor for your efforts to date.

                             Respectfully submitted,

                             *Kate M. Swearengen*

                             Kate M. Swearengen

KMS:vlf
cc:    All Counsel (by ECF)

> Application GRANTED. The settlement conference scheduled for February 18, 2021 at 3:00 p.m. is hereby ADJOURNED *SINE DIE*. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> February 12, 2021

9587182.1