UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET PRUTER, et al.,

                Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2022
```

15 Civ. 1153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The trial scheduled to commence on **April 4, 2022**, is ADJOURNED *sine die*. The Court shall request a trial date in the third or fourth quarter of 2022 through the Southern District of New York's centralized calendaring system for jury trials. Accordingly:

    By **April 15, 2022**, the parties shall submit blackout dates for the third and fourth quarters of 2022.

    By **May 5, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to their proposed pretrial order of December 21, 2020, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule.

    The Court shall set a date for the final pretrial conference once it has set a date for trial.

    SO ORDERED.

Dated: February 16, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge