UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JANET PRUTER, et al.,

                Plaintiffs,

-against-

LOCAL 210, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2022

15 Civ. 1153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter is scheduled for to begin on **December 5, 2022**, at **9:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **October 3, 2022**, the parties shall file on the docket (1) their joint pretrial order, revised to address the concerns raised in their May 4, 2022 letter, see ECF No. 199; and (2) their jointly proposed requests to charge, verdict forms, and voir dire questions. These submissions shall comply with Paragraph V.B, V.C, and V.D of the Court's Individual Practices in Civil Cases. The parties shall also email copies of these submissions to Torres NYSDChambers@nysd.uscourts.gov as Word Documents.

2. By **October 3, 2022**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference, in accordance with Paragraph V.C.(v) of the Court's Individual Practices in Civil Cases.

3. The final pretrial conference shall occur on **November 29, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

4. Prior to the final pretrial conference, both parties shall meet in person for at least one hour to discuss settlement of this matter. Additionally, the parties shall submit a joint letter by **October 3, 2022**, informing the Court whether they wish to be referred to a magistrate judge for settlement purposes.

    SO ORDERED.

Dated: July 8, 2022
       New York, New York

ANALISA TORRES
United States District Judge