USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/22



**COHEN WEISS AND SIMON LLP**

Kate M. Swearengen
Partner
o  212.356.0272
f  646.473.8272
kswearengen@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

September 21, 2022

Hon. Barbara Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *Pruter v. Local 210, Int'l Bhd. of Teamsters, et al.*
      Case No. 15-CV-1153 (AT) (BM)

Dear Magistrate Judge Moses:

    With Andrew Hoffmann, we represent defendant Local 210, International Brotherhood of Teamsters ("Local 210" or the "Union").  On behalf of the Union, I respectfully submit this letter motion seeking to adjourn the settlement conference scheduled for September 22 at 2:00 p.m.  I have just been advised that the Union's principal officer and a necessary party for the conference, Robert Bellach, will be unable to attend the conference due a family member's funeral that will take place from 3:00 p.m.-6:00 p.m. in Staten Island.

    This afternoon I telephoned Arthur Schwartz, counsel for Plaintiffs, who advised that he does not oppose the Union's request to adjourn the September 22 conference.  Mr. Schwartz expressed, and I agreed, that it would be advantageous for both parties to reschedule the settlement conference to take place as soon as possible, if Your Honor's calendar permits.  The parties are available for a settlement conference on October 6 and October 13.

Respectfully submitted,

*Kate M. Swearengen*

Kate M. Swearengen

---

Application GRANTED. The settlement conference previously scheduled for September 22, 2022 is ADJOURNED to **October 13, 2022 at 2:15 p.m.** SO ORDERED.

*Barbara Moses*

Barbara Moses
United States Magistrate Judge
September 21, 2022